# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| KRISTA GUINN, ELIZABETH MYERS, and ROBERT DEAL,<br>Plaintiffs,<br><br>vs.<br><br>MAPCO EXPRESS, INC. and DELEK US HOLDINGS, INC.,<br>Defendants. | JURY DEMAND<br><br>NO. 5:14-cv-806-MHH |

### PLAINTIFFS' VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW the Plaintiffs, by and through the undersigned counsel, and in light of this Court's recent Opinion and Order dismissing in part certain federal claims and expressing concern relative to subject matter jurisdiction as to remaining state law negligence claims and in order to pursue those claims in the appropriate state court forum, and hereby request that this Court enter an order allowing plaintiffs to voluntarily dismiss their cause of action against Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own costs, including attorneys' fees.

September __26th__, 2014

BURNETTE, DOBSON & PINCHAK

By: ___s/ Steven F. Dobson_____
    Steven F. Dobson, #001936
    H. Eric Burnette, #024342
    Attorneys for Plaintiffs
    711 Cherry Street
    Chattanooga, TN 37402
    Phone: (423) 266-2121
    Fax: (423) 266-3324

CERTIFICATE OF SERVICE

      The foregoing pleading has been filed electronically with the Court via the Court's ECF/PACER system. All interested parties have been served electronically.

This 26th day of September, 2013.


By: ____s/Steven F. Dobson_____